Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
State Bar No. 21555700
117 S. Dallas Street
Ennis, Tx 75119
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Sleep Quarters Plus, Inc** | § | **CASE NO. 25-34803** |
| | § | **CHAPTER 11** |
| Debtor. | § | |

**AFFIDAVIT OF GAYE MITSCHKE**

STATE OF TEXAS  )
                )
COUNTY OF ELLIS )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, upon oath stated:

1. "My name is Gaye Mitschke and I am over eighteen (18) years of age. I am the Owner of Sleep Quarters Plus, Inc. I have never been convicted of a crime and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct to the best of my knowledge.

2. The Debtor does not prepare a Balance Sheet, Statement of Operations or Cash Flow Statement.

EXECUTED this 10th day of December, 2025.

_/s/ Gaye Mitschke_
Gaye Mitschke / Owner
Sleep Quarters Plus, Inc.

Subscribed and sworn to before me this 10th day of December, 2025.

_/s/ Lareina Carrillo_
Notary Public in and for the State of Texas
Printed Name: Lareina Carrillo
Notary ID No.: 134304135
My Commission Expires: April 13, 2027

[Notary Seal: LAREINA CARRILLO, Notary Public, State of Texas, Comm. Expires 04-13-2027, Notary ID 134304135]

Affidavit of Bebe Horton
Page 1